UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                         :

M.P.,
                                                         :

                     Petitioner,             :

                                                         :                     22 Civ. 9581 (JPC)
             -v-                                          :

                                                         :                     <u>ORDER</u>
WILLIAM P. JOYCE, *et al*.,                              :

                                                         :

                     Respondents.          :

                                                         :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On November 21, 2022, Respondents filed a letter requesting that this case be transferred to the Western District of Louisiana, citing in particular this Court's decision in *Singh v. Decker*, No. 20 Civ. 9089 (JPC), 2021 WL 23328 (S.D.N.Y. Jan. 4, 2021). Dkt. 9. Accordingly, Petitioner is directed to submit a letter to the Court by December 5, 2022 stating whether there is any reason to depart from the reasoning in that decision in this case. The Court will then determine whether to transfer this case or whether further briefing is necessary.

       SO ORDERED.

Dated: November 22, 2022
       New York, New York                                        JOHN P. CRONAN
                                                                  United States District Judge