```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
M.P.,                                                            :
                                                                 :
                              Petitioner,                        :
                                                                 :     22 Civ. 9581 (JPC)
             -v-                                                 :
                                                                 :     ORDER
WILLIAM P. JOYCE, et al.,                                        :
                                                                 :
                              Respondents.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 21, 2022, Respondents filed a letter requesting that this case be transferred to the Western District of Louisiana and that the Court waive the seven-day waiting period provided by Local Civil Rule 83.1.  Dkt. 9.  Petitioner consents to the requested transfer and the waiver of the waiting period.  Dkt. 13.  Therefore, this case is transferred to the Western District of Louisiana, and the Court waives the seven-day waiting period pursuant to Local Civil Rule 83.1.

SO ORDERED.

Dated: November 29, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge