UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| M P | CASE NO. 1:22-CV-06123 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WILLIAM P JOYCE ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 42] previously filed herein, and having thoroughly reviewed the record, along with the Objection [Doc. No. 43] filed by Plaintiff M.P, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are **DENIED IN PART** and **DISMISSED WITHOUT PREJUDICE.** Plaintiff's claim regarding the conditions of his confinement and his claim under the Rehabilitation Act are not properly raised under 28 U.S.C.§ 2241 [Doc. Nos. 1 and 27], therefore said claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remainder of Petitioner's claims are **DENIED AND DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA** this 25th day of August 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE